1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Lucio Rodriguez

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                       **(HONORABLE JAN M. ADLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1239 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| LUCIO RODRIGUEZ, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

                       Ned Lynch
                   nedlynch@aol.com; and

                     U.S. Attorney CR
                 Efile.dkt.gc2@usdoj.gov

                            Respectfully submitted,

DATED:   April 29, 2008              /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Lucio Rodriguez