# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Lucio Rodriguez ) <br> ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj1239 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Rudolfo Valdez-Olivares

DATED: 5-8-08

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by RheeRhne
Deputy Clerk

RECEIVED _____
DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082